USCA1 Opinion

 

 [NOT FOR PUBLICATION NOT TO BE CITED AS PRECEDENT]
 United States Court of Appeals
 For the First Circuit

No. 99-1375

 ARNOLD N. DEARY,

 Plaintiff, Appellant,

 v.

 CATHERINE C. MITRANO,

 Defendant, Appellee.

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF MASSACHUSETTS

 [Hon. Reginald C. Lindsay, U.S. District Judge]

 Before

 Torruella, Chief Judge,
 Stahl and Lipez, Circuit Judges.
 
 
 
 
 
 Arnold N. Deary on brief pro se.
 Donald K. Stern, United States Attorney, and J. Mitch
MacDonald, Special Assistant U.S. Attorney, on brief for appellee.

December 9, 1999

 
 

 Per Curiam. After carefully considering the briefs
 and record on appeal, we affirm the judgment below. The
 appellee is absolutely immune from suit for claims arising from
 her role in prosecuting the administrative action. Butz v.
 Economou, 438 U.S. 478, 516-517 (1978); Wang v. New Hampshire
 Board of Registration in Medicine, 55 F.3d 698, 701 (1st Cir.
 1995).
 The district court did not have subject matter
 jurisdiction to review an order of the Federal Aviation
 Administration. 49 U.S.C. 46110. Review may only be
 obtained by filing a petition for review in this court within
 sixty days of the order, unless reasonable grounds are given
 for delay. 49 U.S.C. 46110(a).
 Affirmed. Loc.R. 27.1.